Ally Financial, Inc.
Attn: Bankruptcy
500 Woodard Ave.
Detroit, MI 48226

American Express
Attn: Bankruptcy Dept.
PO Box 981537
El Paso, TX 79998

Associated Bank Corp.
Attn: Bankruptcy
433 Main Street
Green Bay, WI 54301

BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, OH 43016

Byzfunder NY LLC
530 7th Avenue
Suite 505
New York, NY 10018

Capital One Bank USA, N.A.
Attn: Bankruptcy Dept.
1680 Capital One Dr
McLean, VA 22102

Chase Bank, N.A.
Attn: Bankruptcy Dept.
P.O. Box 15145
Wilmington, DE 19850

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179

Discover Financial Services
Attn: Bankruptcy Dept.
PO Box 30939
Salt Lake City, UT 84130

Eby-Brown Company LLC
1415 W. Diehl Rd.
Naperville, IL 60563

Fox Capital Group, Inc.
1407 Broadway
40th Floor
New York, NY 10018

GUTNICKI LLP
4711 Golf Road, Suite 200
Skokie, IL 60076

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Isam Samara
7924 Keystone Rd.
Orland Park, IL 60462

Itria Ventures, LLC
1 Penn Plaza
Suite 3101
New York, NY 10119

Itria Ventures, LLC
c/o GUTNICKI LLP
4711 Golf Road, Suite 200
Skokie, IL 60076

IYS Ventures, LLC
15416 South 70th Court
Orland Park, IL 60462

Lockhart Morris & Montgomery, Inc.
Attn: Bankruptcy
1401 N. Central Expressway, Ste. 225
Richardson, TX 75080

Mark & Magdalena Jalcovik
c/o Goldstine, Skrodzki, Russian, Nemec
835 McClintock Drive, 2nd Floor
Hinsdale, IL 60527

Mercedes Benz Financial Services
P.O. Box 5209
Carol Stream, IL 60197-5209

Patriot Capital Corporation
3565 Piedmont Road
NE Building 1, Suite 430
Atlanta, GA 30305

Plunkett Cooney, P.C.
221 N. LaSalle St.
Suite 3500
Chicago, IL 60601

Samson Funding
17 State Street
Suite 630
New York, NJ 10004

Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Floor
Chicago, IL 60654

SoFi
Attn: Bankruptcy
2750 East Cottonwood Parkway, Ste. 300
Salt Lake City, UT 84121

The Huntington National Bank
Attn: Bankruptcy
17 S. High St.
Columbus, OH 43215

The Huntington National Bank
c/o Plunkett Cooney, P.C.
221 N. LaSalle St., Suite 3500
Chicago, IL 60601

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416

Volkswagon Credit
P.O. Box 5215
Carol Stream, IL 60197

United States Bankruptcy Court

Northern District of Illinois

In re: Muwafak S Rizek

Debtor(s)

Case No. 23-06821

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: *[signature]*

_____6/6/23_____
Signature of Debtor

_____
Signature of Joint Debtor