AMENDED

**Fill in this information to identify your case and this filing:**

Debtor 1        Muwafak S Rizek
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number       23-06821
(if know)

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1  290 Oliver St.
     Street address, if available, or other description

     _____

     North Tonawanda NY      14304
     City              State   ZIP Code

     Niagara County
     County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 110,000.00

**Current value of the portion you own?**
$ 110,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee simple

☐ Check if this is community property

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ........................➤   $110,000.00

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........................➤   $ 0.00

Debtor 1 _____   Case number *(if known)* 23-06821
    Muwafak S Rizek
    First Name  Middle Name  Last Name

---

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

| Ordinary Furniture | $ 400.00 |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| Cell Phone | $ 50.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe...

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Ordinary Wearing Apparel | $ 300.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☑ No
☐ Yes. Describe...

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

**15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................➤   $750.00

---

## Part 4:   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Case 23-06821    Doc 26    Filed 06/19/23    Entered 06/19/23 11:38:30    Desc Main

Document    Page 3 of 29

AMENDED

Debtor 1  Muwafak S Rizek
          First Name    Middle Name    Last Name

Case number (if known) 23-06821

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................................    Cash ..........................  $ 20.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes..................    Institution name:

17.1. Checking account:    Citibank    $ 450.00

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes..................

Institution or issuer name:

Robin Hood Stock Investment    $ 13,500.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| Leanne Holdings, LLC | 100 % | $ 0.00 |
| Kenan Investments MO, Inc. | 100 % | $ 0.00 |
| IYS Ventures, LLC | 99 % | $ 0.00 |
| I Mart Stores, LLC | 100 % | $ 0.00 |
| NANO Bagel, Inc. | 100 % | $ 0.00 |
| Rizek Holdings, Inc. | 100 % | $ 0.00 |
| Kenan Enterprises, Inc. | 100 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..........

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them...

Debtor 1  Muwafak S Rizek
First Name   Middle Name   Last Name

Case number *(if known)* 23-06821

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

| | |
|---|---|
| Federal: | $ 0.00 |
| State: | $ 0.00 |
| Local: | $ 0.00 |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information....

36. Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here........................................................................➤   $ 13,970.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

Case 23-06821    Doc 26    Filed 06/19/23    Entered 06/19/23 11:38:30    Desc Main
Document    Page 5 of 29

AMENDED

Debtor 1    Muwafak S Rizek
First Name    Middle Name    Last Name

Case number*(if known)* 23-06821

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................➤

$0.00

## Part 8:  List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**...........................................................................................➤    $110,000.00

56. **Part 2: Total vehicles, line 5**    $ 0.00

57. **Part 3: Total personal and household items, line 15**    $ 750.00

58. **Part 4: Total financial assets, line 36**    $ 13,970.00

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................    $ 14,720.00    Copy personal property total➤    + $ 14,720.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62**    $ 124,720.00

AMENDED

| Fill in this information to identify your case: |
|---|

Debtor 1    Muwafak S Rizek
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number    23-06821
(if know) _____

☑ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | $ 78,862.00 | $ 110,000.00 | $ 0.00 |

Chase Bank, N.A.
_____
Creditor's Name

Attn: Bankruptcy Dept.
_____

Number      Street
P.O. Box 15145
_____

Wilmington DE      19850
_____
City      State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

| 290 Oliver St., North Tonawanda, NY 14304 - $110,000.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 78,862.00 |
|---|---|

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1   Muwafak S Rizek
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number   23-06821
(if know)

☑ Check if this is
an amended
filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   - ☐ No. Go to Part 2.
   - ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** Internal Revenue Service<br>Priority Creditor's Name<br><br>Centralized Insolvency Opearation<br>Number    Street<br>P.O. Box 7346<br><br>Philadelphia PA    19101-7346<br>City    State    ZIP Code | **Last 4 digits of account number**<br>**When was the debt incurred?** 2021<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $<br>120,000.00 | $ 0.00 | $<br>120,000.00 |

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing else to report in this part. Submit to the court with your other schedules.
   - ☑ Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| Total claim |
|---|

| 4.1 | | |
|---|---|---|

**Ally Financial, Inc.**
Nonpriority Creditor's Name

Attn: Bankruptcy
Number    Street
500 Woodard Ave.

Detroit MI    48226

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5735

**When was the debt incurred?** 0/2022

$ 31,295.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Automobile

---

| 4.2 | | |
|---|---|---|

**American Express**
Nonpriority Creditor's Name

Attn: Bankruptcy Dept.
Number    Street
PO Box 981537

El Paso TX    79998

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1323

**When was the debt incurred?** 09/2018

$ 472,643.00

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| 4.3 | | |
|---|---|---|

**Associated Bank Corp.**
Nonpriority Creditor's Name

Attn: Bankruptcy
Number    Street
433 Main Street

Green Bay WI    54301

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?**

$ 15,075.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

Debtor    Mawafek S Bisek
First Name   Middle Name   Last Name

Last 4 digits of account number (if known) 06821   **AMENDED**

---

| 4.4 | | |
|---|---|---|

**BMW Financial Services**
Nonpriority Creditor's Name

Customer Service Center

Number          Street
P.O. Box 3608

Dublin OH     43016

City      State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____          $ 158,504.07

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  2023 BMW M8

---

| 4.5 | | |
|---|---|---|

**BMW Financial Services**
Nonpriority Creditor's Name

Customer Service Center

Number          Street
P.O. Box 3608

Dublin OH     43016

City      State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____          $ 105,513.57

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  2023 BMW X7

---

| 4.6 | | |
|---|---|---|

**Byzfunder NY LLC**
Nonpriority Creditor's Name

530 7th Avenue

Number          Street
Suite 505

New York NY    10018

City      State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 10/25/2022          $ 153,986.32

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Loan

---

Debtor   Mrwafek S Piek
First Name        Middle Name        Last Name

Case 23-06821    Doc 26    Filed 06/19/23    Entered 06/19/23 11:38:30    Desc Main    Case number *(if known)* 23-06821    AMENDED
Document    Page 10 of 29

| 4.7 | | |
|---|---|---|
| **Capital One Bank USA, N.A.** | **Last 4 digits of account number** 3466 | $ 767.00 |

Nonpriority Creditor's Name
**When was the debt incurred?** 02/2005

Attn: Bankruptcy Dept.

**As of the date you file, the claim is:** Check all that apply.

Number        Street
1680 Capital One Dr
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

McLean VA        22102

City        State        ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.
- [ ] Student loans
- [x] Debtor 1 only
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] At least one of the debtors and another
- [x] Other. Specify  Credit Card Debt
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.8 | | |
|---|---|---|
| **Chase Bank, N.A.** | **Last 4 digits of account number** 5507 | $ 13,445.00 |

Nonpriority Creditor's Name
**When was the debt incurred?** 09/2018

Attn: Bankruptcy Dept.

Number        Street
P.O. Box 15145

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Wilmington DE        19850

City        State        ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.
- [ ] Student loans
- [x] Debtor 1 only
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] At least one of the debtors and another
- [x] Other. Specify  Credit Card Debt
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.9 | | |
|---|---|---|
| **Citibank** | **Last 4 digits of account number** 2210 | $ 17,606.00 |

Nonpriority Creditor's Name
**When was the debt incurred?** 10/2022

Citicorp Cr Srvs/Centralized Bankruptcy

Number        Street
P.O. Box 790040

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Saint Louis MO        63179

City        State        ZIP Code

**Type of NONPRIORITY unsecured claim:**

**Who owes the debt?** Check one.
- [ ] Student loans
- [x] Debtor 1 only
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] At least one of the debtors and another
- [x] Other. Specify  Credit Card Debt
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| 4.10 | Citibank | Last 4 digits of account number   8455 | $ 10,010.00 |

**4.10** Citibank
Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankruptcy
Number     Street
P.O. Box 790040

Saint Louis MO    63179
City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   8455
**When was the debt incurred?**   07/2020

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card Debt

$ 10,010.00

---

**4.11** Citibank
Nonpriority Creditor's Name

Citicorp Cr Srvs/Centralized Bankruptcy
Number     Street
P.O. Box 790040

Saint Louis MO    63179
City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   1879
**When was the debt incurred?**   01/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card Debt

$ 238.00

---

**4.12** Discover Financial Services
Nonpriority Creditor's Name

Attn: Bankruptcy Dept.
Number     Street
PO Box 30939

Salt Lake City UT    84130
City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   4031
**When was the debt incurred?**   09/2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card Debt

$ 1,400.00

Debtor   Mawafek S Bigo
First Name   Middle Name   Last Name

Case 23-06821   Doc 26   Filed 06/19/23   Entered 06/19/23 11:38:30   Desc Main
Document   Page 12 of 29

Case number (if known) 23-06821

AMENDED

**4.13** | Eby-Brown Company LLC
Nonpriority Creditor's Name

1415 W. Diehl Rd.
Number          Street
Naperville IL          60563
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Trade Credit

$ 6,935,588.31

---

**4.14** | Fox Capital Group, Inc.
Nonpriority Creditor's Name

1407 Broadway
Number          Street
40th Floor

New York NY          10018
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 11/23/22

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan

$ 444,005.00

---

**4.15** | Itria Ventures, LLC
Nonpriority Creditor's Name

1 Penn Plaza
Number          Street
Suite 3101

New York NY          10119
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 11/16/2021

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loans

$ 931,762.00

---

Debtor    Mrwafak S Bjek
First Name    Middle Name    Last Name

---

**4.16**   Lockhart Morris & Montgomery, Inc.
Nonpriority Creditor's Name

Attn: Bankruptcy
Number        Street
1401 N. Central Expressway, Ste. 225

Richardson TX    75080
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0731
**When was the debt incurred?**  01/2022

$ 1,430.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Collection Attorney Safe Home Security

---

**4.17**   Mark & Magdalena Jalcovik
Nonpriority Creditor's Name

c/o Goldstine, Skrodzki, Russian, Nemec and
Number        Street
Hoff, Ltd.

835 McClintock Drive, 2nd Floor

Hinsdale IL    60527
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**  04/18/2022

$ 30,000.00

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Lawsuit

---

**4.18**   Mercedes Benz Financial Services
Nonpriority Creditor's Name

P.O. Box 5209
Number        Street
Carol Stream IL    60197-5209
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

$ 43,336.04

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  2021 Mercedes Springer Van M2CA46

---

| 4.19 | Mercedes Benz Financial Services | Last 4 digits of account number _____ | $ 22,268.00 |
|------|------|------|------|

**Nonpriority Creditor's Name**

P.O. Box 5209

Number          Street

Carol Stream IL          60197-5209

City          State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  2021 Mercedes Sprinter M2CA76

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.20 | Mercedes Benz Financial Services | Last 4 digits of account number _____ | $ 72,078.31 |
|------|------|------|------|

**Nonpriority Creditor's Name**

P.O. Box 5209

Number          Street

Carol Stream IL          60197-5209

City          State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  2023 Mercedes Sprinter Van M2CAES

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.21 | National Grid | Last 4 digits of account number  4165 | $ 1,553.64 |
|------|------|------|------|

**Nonpriority Creditor's Name**

Attn: Bankruptcy

Number          Street

P.O. Box 371376

Pittsburgh PA          15250-7376

City          State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Utility Services

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  Mowafak S Rjoek
First Name    Middle Name    Last Name

Case 23-06821    Doc 26    Filed 06/19/23    Entered 06/19/23 11:38:30    Desc Main
Document    Page 15 of 29

Case number (if known) 23-06821

AMENDED

| 4.22 | National Grid | |
|---|---|---|

**Nonpriority Creditor's Name**

Attn: Bankruptcy
Number    Street
P.O. Box 371376

Pittsburgh PA    15250-7376
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1213
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Utility Services

$ 3,005.44

---

| 4.23 | Samson Funding | |
|---|---|---|

**Nonpriority Creditor's Name**

17 State Street
Number    Street
Suite 630

New York NJ    10004
City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Loans

$ 4,091,514.00

---

| 4.24 | SoFi | |
|---|---|---|

**Nonpriority Creditor's Name**

Attn: Bankruptcy
Number    Street
2750 East Cottonwood Parkway, Ste. 300

Salt Lake City UT    84121
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4966
**When was the debt incurred?** 05/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 2,981.00

| 4.25 | The Huntington National Bank | | $ 669,658.22 |

**4.25**

The Huntington National Bank
Nonpriority Creditor's Name

Attn: Bankruptcy

Number    Street
17 S. High St.

Columbus OH    43215

City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2027
                                    2023 & year
**When was the debt incurred?** prior

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Deposit Account Agreement and Treasury Management Services Agreement Default

$ 669,658.22

---

**4.26**

The Huntington National Bank
Nonpriority Creditor's Name

Attn: Bankruptcy

Number    Street
17 S. High St.

Columbus OH    43215

City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2014
                                    2023 & year
**When was the debt incurred?** prior

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Deposit Account Agreement and Treasury Management Services Agreement Default

$ 694,283.58

---

**4.27**

The Huntington National Bank
Nonpriority Creditor's Name

Attn: Bankruptcy

Number    Street
17 S. High St.

Columbus OH    43215

City    State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 8201
                                    2003 & Prior
**When was the debt incurred?** Year

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Deposit Account Agreement and Treasury Management Services Agreement Defaults

$ 487,944.00

| 4.28 | The Huntington National Bank, successor in | Last 4 digits of account number | $ 350,314.01 |
|---|---|---|---|

**4.28**

The Huntington National Bank, successor in
*Nonpriority Creditor's Name*

interest to Patriot Capital Corporation

Attn: Bankruptcy
*Number        Street*
17 South High Street

Columbus OH    43215
*City        State    ZIP Code*

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**  08/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Purchase Money Security Interest, Equipment (Gas Pumps)

$ 350,314.01

---

**4.29**

U.S. Bankcorp
*Nonpriority Creditor's Name*

Attn: Bankruptcy
*Number        Street*
800 Nicollet Mall

Minneapolis MN    55402
*City        State    ZIP Code*

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  1276
**When was the debt incurred?**  05/2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 13,936.00

---

**4.30**

U.S. Small Business Administration
*Nonpriority Creditor's Name*

409 3rd Street SW
*Number        Street*
Washington DC    20416
*City        State    ZIP Code*

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Loan

$ 165,381.82

Debtor  Mrwafek S Biek
First Name   Middle Name   Last Name

Case 23-06821   Doc 26   Filed 06/19/23   Entered 06/19/23 11:38:30   Desc Main
Document   Page 18 of 29

Case number (if known) 23-06821

AMENDED

**4.31** | U.S. Small Business Administration
Nonpriority Creditor's Name

409 3rd Street SW
Number       Street
Washington DC     20416
City       State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  2014
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan

$ 164,950.66

---

**4.32** | Volkswagon Credit
Nonpriority Creditor's Name

P.O. Box 5215
Number       Street
Carol Stream IL     60197
City       State     ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  2020 Volkswagon Atlas

$ 22,216.18

---

**Part 3:** | **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

GUTNICKI LLP
Creditor's Name

4711 Golf Road, Suite 200
Number       Street
Skokie IL     60076
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.15  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Plunkett Cooney, P.C.
Creditor's Name

221 N. LaSalle St.
Number       Street
Suite 3500

Chicago IL     60601
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.28  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Sheppard Mullin Richter & Hampton LLP
Creditor's Name

321 N. Clark St., 32nd Floor
Number       Street
Chicago IL     60654
City       State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  4.13  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

AMENDED

Debtor    Mirwafek S Bieik
          First Name    Middle Name    Last Name

| | |
|---|---|
| Taft Stettinius & Hollister LLP | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** 4.27 of (Check one): |
| 111 East Wacker Drive | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number         Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Suite 2600 | **Claims** |
| | **Last 4 digits of account number** |
| Chicago IL        60601 | |
| City      State    ZIP Code | |

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 120,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 120,000.00 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 16,128,689.17 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 16,128,689.17 |

AMENDED

| Fill in this information to identify your case: |
| --- |

Debtor 1    Muwafak S Rizek
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number    23-06821
(if know)

☑ Check if this is
   an amended
   filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:*  **Your codebtor** | *Column 2:*  **The creditor to whom you owe the debt** Check all schedules that apply: |
| --- | --- | --- |
| 3.1 | IYS Ventures, LLC<br>Name<br>15416 South 70th Court<br>Street<br>Orland Park          IL     60462<br>City          State   ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.1<br>☐ Schedule G, line ____ |
| 3.2 | IYS Ventures, LLC<br>Name<br>15416 South 70th Court<br>Street<br>Orland Park          IL     60462<br>City          State   ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.13<br>☐ Schedule G, line ____ |
| 3.3 | IYS Ventures, LLC<br>Name<br>15416 South 70th Court<br>Street<br>Orland Park          IL     60462<br>City          State   ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.15<br>☐ Schedule G, line ____ |
| 3.4 | Isam Samara<br>Name<br>7924 Keystone Rd.<br>Street<br>Orland Park          IL     60462<br>City          State   ZIP Code | ☐ Schedule D, line ____<br>☑ Schedule E/F, line 4.13<br>☐ Schedule G, line ____ |

Debtor    Mirwafek S Risk
First Name    Middle Name    Last Name

Case 23-06821    Doc 26    Filed 06/19/23    Entered 06/19/23 11:38:30    Desc Main
Document    Page 21 of 29

Case number (if known) 23-06821

AMENDED

| 3.5 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.14 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.6 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.6 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.7 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.23 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.8 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.31 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.9 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.30 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.10 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.5 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.11 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.4 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.12 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.18 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.13 | IYS Ventures, LLC | | | ☐ Schedule D, line _____ |
| | Name | | | ☑ Schedule E/F, line 4.20 |
| | 15416 South 70th Court | | | ☐ Schedule G, line _____ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.14 | IYS Ventures, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.19 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.15 | IYS Ventures, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.28 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.16 | IYS Ventures, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.32 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.17 | I Mart Stores, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.27 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.18 | IYS Ventures, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.25 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.19 | Kenan Enterprises, Inc. | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.27 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.20 | Kenan Enterprises, Inc. | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.25 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.21 | I Mart Stores, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.25 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

| 3.22 | IYS Ventures, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.26 |
| | 15416 South 70th Court | ☐ Schedule G, line ____ |
| | Street | |
| | Orland Park        IL        60462 | |
| | City        State        ZIP Code | |

Debtor    Mawafek S Birek

First Name    Middle Name    Last Name

Case number (if known) 23-06821

AMENDED

| 3.23 | Kenan Enterprises, Inc. | | | ☐ Schedule D, line ___ |
|------|------|------|------|------|
| | Name | | | ☑ Schedule E/F, line 4.26 |
| | 15416 South 70th Court | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.24 | IYS Ventures, LLC | | | ☐ Schedule D, line ___ |
|------|------|------|------|------|
| | Name | | | ☑ Schedule E/F, line 4.27 |
| | 15416 South 70th Court | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.25 | I Mart Stores, LLC | | | ☐ Schedule D, line ___ |
|------|------|------|------|------|
| | Name | | | ☑ Schedule E/F, line 4.26 |
| | 15416 South 70th Court | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.26 | Leanne Holdings, LLC | | | ☐ Schedule D, line ___ |
|------|------|------|------|------|
| | Name | | | ☑ Schedule E/F, line 4.26 |
| | 15416 South 70th Court | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.27 | Leanne Holdings, LLC | | | ☐ Schedule D, line ___ |
|------|------|------|------|------|
| | Name | | | ☑ Schedule E/F, line 4.27 |
| | 15416 South 70th Court | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

| 3.28 | Leanne Holdings, LLC | | | ☐ Schedule D, line ___ |
|------|------|------|------|------|
| | Name | | | ☑ Schedule E/F, line 4.25 |
| | 15416 South 70th Court | | | ☐ Schedule G, line ___ |
| | Street | | | |
| | Orland Park | IL | 60462 | |
| | City | State | ZIP Code | |

AMENDED

**Fill in this information to identify your case:**

Debtor 1   Muwafak S Rizek
First Name         Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name              Last Name

United States Bankruptcy Court for the:   Northern District of Illinois

Case number   23-06821
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1. Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | **Occupation** | Regional Manager | |
| | **Employer's name** | Samara Enterprise, Inc. dba I Mart Stores, LLC | |
| | **Employer's address** | 14489 John Humphrey Dr.<br>Number  Street | Number  Street |
| | | Orland Park, IL 60462<br>City        State   ZIP Code | City        State   ZIP Code |
| | **How long employed there?** | 10 Years | |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,250.00 | $ 0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ 0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $ 3,250.00 | $ 0.00 |

Debtor 1 __Muwafak S Rizek_____    Case number *(if known)* __23-06821__
         First Name    Middle Name    Last Name

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................. → **4.** | $ 3,250.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | $ 643.50 | $ 0.00 |
| **5b.** Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| **5c.** Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| **5d.** Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| **5e.** Insurance | 5e. | $ 0.00 | $ 0.00 |
| **5f.** Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| **5g.** Union dues | 5g. | $ 0.00 | $ 0.00 |
| **5h.** Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |
| _____ | | $ | $ |
| _____ | | $ | $ |
| _____ | | $ | $ |

**6.** **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    **6.**   $ 643.50    $ 0.00

**7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    **7.**   $ 2,606.50    $ 0.00

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8a.** Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 100.00 | $ 0.00 |
| **8b.** Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| **8d.** Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| **8e.** Social Security | 8e. | $ 0.00 | $ 0.00 |
| **8f.** Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| **8g.** Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| **8h.** Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |

**9.** **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    **9.**   $ 100.00    $ 0.00

**10.** **Calculate monthly income.** Add line 7 + line 9.    **10.**   $ 2,706.50  +  $ 0.00  =  $ 2,706.50
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    **11.** + $ _____

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    **12.**   $ 2,706.50

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.     Possible small salary from IYS Ventures.

☑ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 __Muwafak S Rizek__
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __Northern District of Illinois__
(State)

Case number __23-06821__
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Son | 8 | ☐ No  ☑ Yes |
   | Daughter | 6 | ☐ No  ☑ Yes |
   | Spouse | | ☐ No  ☑ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. $ 0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |

AMENDED

| Debtor 1 | Muwafak S Rizek | | | Case number *(if known)* | 23-06821 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5. $ _____ 0.00

6. **Utilities:**
6a. Electricity, heat, natural gas    6a. $ _____ 200.00
6b. Water, sewer, garbage collection    6b. $ _____ 0.00
6c. Telephone, cell phone, Internet, satellite, and cable services    6c. $ _____ 120.00
6d. Other. Specify: _____    6d. $ _____ 0.00

7. **Food and housekeeping supplies**    7. $ _____ 1,200.00

8. **Childcare and children's education costs**    8. $ _____ 0.00

9. **Clothing, laundry, and dry cleaning**    9. $ _____ 40.00

10. **Personal care products and services**    10. $ _____ 50.00

11. **Medical and dental expenses**    11. $ _____ 50.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. $ _____ 0.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. $ _____ 20.00

14. **Charitable contributions and religious donations**    14. $ _____ 0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.
15a. Life insurance    15a. $ _____ 0.00
15b. Health insurance    15b. $ _____ 0.00
15c. Vehicle insurance    15c. $ _____ 0.00
15d. Other insurance. Specify: _____    15d. $ _____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. $ _____ 200.00

17. **Installment or lease payments:**
17a. Car payments for Vehicle 1    17a. $ _____ 0.00
17b. Car payments for Vehicle 2    17b. $ _____ 0.00
17c. Other. Specify: _____    17c. $ _____ 0.00
17d. Other. Specify: _____    17d. $ _____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. $ _____ 0.00

19. **Other payments you make to support others who do not live with you.**
Specify: _____    19. $ _____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
20a. Mortgages on other property    20a. $ _____ 1,200.00
20b. Real estate taxes    20b. $ _____ 0.00
20c. Property, homeowner's, or renter's insurance    20c. $ _____ 0.00
20d. Maintenance, repair, and upkeep expenses    20d. $ _____ 100.00
20e. Homeowner's association or condominium dues    20e. $ _____ 0.00

AMENDED

| Debtor 1 | Muwafak S Rizek | | | Case number *(if known)* | 23-06821 |
| | First Name | Middle Name | Last Name | | |

21. **Other**. Specify:_____    21.   **+**$ _____ 0.00

_____    **+**$ _____

_____    **+**$ _____

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.      22a.   $ _____ 3,180.00

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a      22b.   $ _____

     and 22b. The result is your monthly expenses.      22c.   $ _____ 3,180.00

23. **Calculate your monthly net income.**

     23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*      23a.   $ _____ 2,706.50

     23b. Copy your monthly expenses from line 22c above.      23b.   **–**$ _____ 3,180.00

     23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.      23c.   $ _____ -473.50

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Muwafak S Rizek** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Northern District of Illinois

Case number **23-06821**
(If known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____    X _____
   Signature of Debtor 1            Signature of Debtor 2

Date **6/19/2023**                Date _____
   MM/ DD / YYYY                      MM/ DD / YYYY