Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Muwafak S Rizek_____ Case No. ____23-06821____ Chapter __7__

All Cases: Moving Creditor __BMW Bank of North America_____ Date Case Filed __May 24, 2023__

Nature of Relief Sought: ☑ Lift Stay　　☐ Annul Stay　　☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
　　　　　　☑ No-Asset Report not Filed, Date of Creditors Meeting _____June 27, 2023_____

1. Collateral
   a. ☐ Home
   b. ☑ Car　Year, Make, and Model __2023 BMW X7 Utility 4D M60i AWD 4.4L V8 Turbo Hybrid__
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date　$ _____103,692.03_____
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)　$ _____113,025.00_____

5. Default
   a. ☐ Pre-Petition Default
      Number of months _0.000_　　Amount $ _____0.00_____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months _2.000_　　Amount $ _____3,844.70_____
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____　　Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☑ No insurance
      ii. ☐ Taxes unpaid　　Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm　　ii ☐ Redeem　　iii. ☐ Surrender　　iv. ☐ No Statement of Intention Filed

Date: _____July 25, 2023_____　　　_____/s/ Jennifer Rinn_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Movant

(Rev. 12 /21/09)