# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Muwafak S. Rizek**, | Bankruptcy No. 23-06821 |
| Debtor. | Honorable David D. Cleary |

## NOTICE OF APPLICATION

**Please take notice** that, on **Wednesday, November 1, 2023, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable David D. Cleary, United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in his place and stead, **either** in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and shall then and there present the **Trustee's Application to Employ Howard Saperston, Jr., and Saperston Real Estate Corporation as Real Estate Broker**, a copy of which is hereby served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID, password, and other information can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

{00225167}

Dated: October 18, 2023

**Ariane Holtschlag**, not individually but as chapter 7 trustee of the estate of Muwafak S. Rizek,

By: */s/ Justin R. Storer*
One of Her Attorneys

Justin Storer (6293889)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (312) 373-7226
Fax:    (847) 574-8233
Email:  jstorer@wfactorlaw.com

# CERTIFICATE OF SERVICE

I, Justin R. Stsorer, an attorney, hereby certify that on October 18, 2023, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice* and the accompanying *Application* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the appended Service List and by U.S. Mail on all other persons identified on the appended Service List.

*/s/ Justin R. Storer*

# SERVICE LIST

**Registrants**
(Service via ECF)

| | |
|---|---|
| Kimberly Ross Clayton | kclayson@taftlaw.com |
| Jillian S. Cole | jcole@taftlaw.com |
| Brian Dougherty | bmd@gsrnh.com |
| Jeffrey Gansberg | jeffrey.l.gansberg@usdoj.gov |
| Gordon Gouveia | ggouveia@foxrothschild.com |
| Miriam Stein Granek | mgranek@gutnicki.com |
| David Herzog | drh@dherzoglaw.com |
| Matthew Robert Higgins | mhiggins@foxrothschild.com |
| William K. Kane | wkane@sheppardmullin.com |
| Cari A. Kauffman | ckauffman@sormanfrankel.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Robert Bernardo McLellarn | rmclellarn@sheppardmullin.com |
| John Reding | john.reding@ilag.gov |

| | |
|---|---|
| Jennifer M. Rinn | Jennifer@rinnrichmanlaw.com |
| Daniel Scheeringa | dscheeringa@gutnicki.com |
| William J. Serritella | wserritella@taftlaw.com |

**Non-Registrants**
(Service via U.S. Mail)

Muwafak S. Rizek
7924 Keystone Road
Orland Park, IL 60462

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**Muwafak S. Rizek**,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy No. 23-06821<br><br>Honorable David D. Cleary |

### TRUSTEE'S APPLICATION TO EMPLOY HOWARD SAPERSTON, JR. AND SAPERSTON REAL ESTATE CORPORATION AS REAL ESTATE BROKER

Pursuant to 11 U.S.C. §§ 105(a), 327(a), 328(a), and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, Ariane Holtschlag, not individually but solely in her capacity as duly appointed chapter 7 trustee (the "***Trustee***") of the bankruptcy estate (the "***Estate***") of Muwafak S. Rizek (the "***Debtor***"), respectfully requests that this Court enter an order, substantially in the form of that submitted herewith, authorizing the Trustee to employ Howard Saperston, Jr., and Saperston Real Estate Corporation (collectively, "***Saperston***") as her real estate broker.

In support of this application (the "***Application***"), the Trustee relies on the Declaration of Howard Saperston (the *"**Declaration**"*) (**Exhibit 1**) as well as the proposed listing agreement and rider attached thereto (the "***Listing Agreement***") (**Exhibit 2**), and states and alleges as follows:

### JURISDICTION

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

{00225167}

2. Venue of the above-captioned case (the "***Case***") and of this Application is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## BACKGROUND

3. On May 24, 2023 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"), thereby initiating the Case.

4. Ariane Holtschlag was thereafter appointed as the Case trustee.

5. The Trustee requires the assistance of a real estate broker to market and sell real estate commonly known as 290 Oliver Street, North Tonawanda, NY 14304 (the "***Property***").

6. The Trustee has selected Saperston to be her real estate broker in this Case.

7. On his amended schedule A/B, the Debtor scheduled the value of the Property as $110,000. On his amended schedule D, the Debtor scheduled a secured claim of $78,862.00 in favor of Chase Bank, N.A. (See dkt. 26 in the Case.)

8. The Debtor's Schedule A lists that the property is a "single family home." The property is a commercial building with three small apartments in the rear. Though the Listing Agreement fails to list a value for the property, Saperston recommends marketing the property for $275,000.00.

9. It appears that there is significant nonexempt equity in the Property for the benefit of creditors.

10. Saperston has undertaken certain tasks in anticipation of being employed on behalf of the Estate, including inspecting the Property.

## RELIEF REQUESTED

11. The Trustee respectfully requests that the Court authorize her to employ Saperston on the terms and conditions set forth herein and in the Listing Agreement and Declaration.

12. The predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 327(a), 328(a), and 329, as supported by Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

## BASIS FOR RELIEF

13. A trustee may employ, with the court's approval, one or more professional persons "that do not hold or represent an interest adverse to the Estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).

14. Section 328(a) of the Bankruptcy Code permits the Trustee, subject to this Court's approval, to employ or authorize the employment of a professional person under Section 327 "on any reasonable terms and conditions of employment, including … on a fixed or percentage fee basis." 11 U.S.C. § 328(a).

15. The Firm is a disinterested party within the meaning of §101(14) of the Bankruptcy Code. In support thereof, the Declaration is attached hereto and made a part hereof as Exhibit 1.

16. Saperston is familiar with the area in which the Property is located, has substantial experience in marketing similar real estate, and is well-qualified to assist the Trustee in marketing the Property for sale.

17. Attached hereto and made a part hereof as Exhibit 2 is the proposed Listing Agreement. The proposed agreement provides, inter alia, that the Firm shall be entitled to total compensation of six percent (6%) of the sale price of the Property.

## NOTICE

18. Notice of this Application has been given to: (i) the Office of the United States Trustee; (ii) the Debtor; (iii) the Debtor's counsel, and (iv) all individuals that have requested notice in the Case or that receive notices through the ECF System with respect to the case.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order (a) granting the Application; (b) authorizing the Trustee to employ Saperston as her real estate broker under 11 U.S.C. §§ 327 and 328 on the terms and subject to the conditions set forth herein and in the Listing Agreement and Declaration; and (c) granting such other and further relief as this Court may deem just and appropriate.

Dated: October 18, 2023                        Respectfully submitted,

                                          **Ariane Holtschlag,** not individually but as the chapter 7 trustee of the bankruptcy estate of Muwafak S. Rizek,

                                          By: */s/ Justin R. Storer*
                                                  One of Her Attorneys

Justin Storer (6293889)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 373-7226
Fax: (847) 574-8233
Email: jstorer@wfactorlaw.com