**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Muwafak Rizek**, | Bankruptcy No. 23-06821 |
| Debtor. | Honorable David D. Cleary |

## NOTICE OF MOTION

TO: See attached list

      PLEASE TAKE NOTICE that on January 17, 2024, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in Courtroom 644 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn, Chicago, IL 60604, or electronically as described below, and present the Trustee's Motion to Sell Property Free and Clear of Interests and Liens, a copy of which is attached.

      **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

      **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID.

      **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

      **Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and other information can also be found on the judge's page on the court's web site.

      If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

{00217624 4}

Dated: December 27, 2023

**Ariane Holtschlag, not individually but as chapter 7 trustee for the bankruptcy estate of Muwafak Rizek,**

By: */s/ Justin Storer*
One of Her Attorneys

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 373-7226
Fax:     (847) 574-8233
Email:  jstorer@wfactorlaw.com

{00217624 4}

# Certificate of Service

      I, Justin R. Storer, an attorney, hereby certify that on December 27, 2023, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by US Mail on all persons identified as Non-Registrants on the attached Service List.

                                        */s/ Justin R. Storer*

# Service List

**Registrants**
(Service via ECF)

| Name | Email |
|---|---|
| Kimberly Ross Clayton | kclayson@taftlaw.com |
| Jillian S. Cole | jcole@taftlaw.com |
| Brian Dougherty | bmd@gsrnh.com |
| Jeffrey Gansberg | jeffrey.l.gansberg@usdoj.gov |
| Gordon Gouveia | ggouveia@foxrothschild.com |
| Miriam Stein Granek | mgranek@gutnicki.com |
| David Herzog | drh@dherzoglaw.com |
| Matthew Robert Higgins | mhiggins@foxrothschild.com |
| William K. Kane | wkane@sheppardmullin.com |
| Cari A. Kauffman | ckauffman@sormanfrankel.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Robert Bernardo McLellarn | rmclellarn@sheppardmullin.com |

{00231208}

| | |
|---|---|
| John Reding | john.reding@ilag.gov |
| Jennifer M. Rinn | Jennifer@rinnrichmanlaw.com |
| Daniel Scheeringa | dscheeringa@gutnicki.com |
| William J. Serritella | wserritella@taftlaw.com |

**Non-registrants in the Case**
(Service via first-class mail)

**Muwafak Rizek**
7924 Keystone Road
Orland Park, IL 60462

**Heather Korman**
290 Oliver Street
North Tonawanda, NY 14120

**Brian Harkins**
290 Oliver Street
North Tonawanda, NY 14120

**Unknown Lessee**
290 Oliver Street, Unit 1
North Tonawanda, NY 14120

**Unknown Lessee**
290 Oliver Street, Unit 2
North Tonawanda, NY 14120

**Unknown Lessee**
290 Oliver Street, Unit 3
North Tonawanda, NY 14120

4867-1899-8643, v. 2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-06821<br>Northern District of Illinois<br>Eastern Division<br>Wed Dec 27 13:35:03 CST 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BMW Bank of North America, c/o AIS Portfolio<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)ILLINOIS LOTTERY<br>101 W JEFFERSON<br>MC 5-900<br>SRINGFIELD IL 62702-5145 | Itria Ventures LLC<br>Gutnicki LLP<br>4711 Golf Road<br>Suite 200<br>Skokie, IL 60076-1236 |
| (p)BK SERVICING  LLC<br>PO BOX 131265<br>ROSEVILLE MN 55113-0011 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial, Inc.<br>Attn: Bankruptcy<br>500 Woodard Ave.<br>Detroit, MI 48226-3416 | American Bottling Company<br>400 North Wolf Road<br>Suite A<br>Northlake, IL 60164-1659 | American Express<br>Attn: Bankruptcy Dept.<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Aramark Uniform Services<br>2334 South Michigan Avenue<br>Chicago, IL 60616-2105 | Associated Bank Corp.<br>Attn: Bankruptcy<br>433 Main Street<br>Green Bay, WI 54301-5114 |
| BMW Bank of North America<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Bank of North America<br>BMW Bank of North America c/o AIS Portfo<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| Bauer Services of Welch, LLC<br>26469 130th Avenue<br>Welch, MN 55089-6130 | Benedict Sales &  Service<br>1003 Harlem Street<br>Red Wing, MN 55066 | Byzfunder NY LLC<br>530 7th Avenue<br>Suite 505<br>New York, NY 10018-4890 |
| Capital One<br>POB 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank USA, N.A.<br>Attn: Bankruptcy Dept.<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Certified Refrigeration & Mechanical LLC<br>PO Box 8779<br>Madison, WI 53708-8779 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Citicorp Cr Srvs/Centralized Bankruptcy<br>P.O. Box 790040<br>Saint Louis, MO 63179-0040 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Coca-Cola Bottling Company<br>PO Box 105637<br>Atlanta, GA 30348-5637 | Cook Sign Services<br>105 Garfield Avenue<br>Marquette, MI 49855-4013 | Dakota Electric Services, Inc.<br>2801 East 21st Street<br>Marshfield, WI 54449-4645 |

| | | |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Discover Bank<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 | Discover Financial Services<br>Attn: Bankruptcy Dept.<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |
| EBY Brown Company LLC<br>1415 West Diehl Road<br>Naperville, IL 60563-2349 | Eby-Brown Company LLC<br>1415 W. Diehl Rd.<br>Naperville, IL 60563-2349 | Eby-Brown Company, LLC<br>1415 W. Diehl Rd., 300N<br>Naperville, IL 60563-1153 |
| Ferguson Electric Inc.<br>326 Illinois Avenue SW<br>Huron, SD 57350-2413 | Food and Drug Administration<br>10903 New Hampshire Avenue<br>Silver Spring, MD 20993-0002 | Fox Capital Group, Inc.<br>1407 Broadway<br>40th Floor<br>New York, NY 10018-2352 |
| Frito-Lay, Inc.<br>7700 Bulldog Drive<br>Summit Argo, IL 60501-1437 | GFL Environmental Inc.<br>10690 W Six Mile Road<br>Detroit, MI 48221 | GUTNICKI LLP<br>4711 Golf Road, Suite 200<br>Skokie, IL 60076-1236 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>P.O. Box 70321<br>Philadelphia, PA 19176-0321 | Home State Security<br>250 East 5th Street<br>15 Floor<br>Cincinnati, OH 45202 | Huntington National Bank<br>c/o Taft Stettinius & Hollister LLP<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8222 |
| I Mart Stores, LLC<br>15416 S 70th Court<br>Orland Park, IL 60462-5133 | IYS Ventures, LLC<br>15416 S 70th Court<br>Orland Park, IL 60462-5133 | IYS Ventures, LLC<br>15416 South 70th Court<br>Orland Park, IL 60462-5133 |
| Illinois State Lottery<br>c/o Corey Dern<br>101 W. Jefferson St. MC 3-900<br>Springfield, IL 62702-5145 | Internal Revenue Service<br>Centralized Insolvency Opearation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Isam Samara<br>7924 Keystone Rd.<br>Orland Park, IL 60462-5166 |
| Itria Ventures<br>1 Penn Plaza<br>Suite 3101<br>New York, NY 10119-3101 | Itria Ventures, LLC<br>c/o GUTNICKI LLP<br>4711 Golf Road, Suite 200<br>Skokie, IL 60076-1236 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 |
| Kenan Enterprises, Inc.<br>15416 S 70th Court<br>Orland Park, IL 60462-5133 | KeyBank N.A.<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | Leanne Holdings, ILLC<br>15416 S 70th Court<br>Orland Park, IL 60462-5133 |
| Lockhart Morris & Montgomery, Inc.<br>Attn: Bankruptcy<br>1401 N. Central Expressway, Ste. 225<br>Richardson, TX 75080-4456 | Manistique Oil Company<br>216 Deer Street<br>Manistique, MI 49854-1198 | Mark & Magdalena Jalcovik<br>c/o Goldstine, Skrodzki, Russian, Nemec<br>835 McClintock Drive, 2nd Floor<br>Hinsdale, IL 60527-0860 |

| | | |
|---|---|---|
| Mark Jalcovik and Maggie Jalcovik<br>Goldstine Skrodzki (BMD)<br>835 McClintock Drive Second Floor<br>Burr Ridge IL 60527-0859 | Marks Supermarket, NC Inc<br>317 U.S. Highway 64 West<br>Creswell, NC 27928-9020 | (p)MERCEDES BENZ FINANCIAL SERVICES<br>14327 HERITAGE PARKWAY #400<br>FORT WORTH TX 76177-3300 |
| Minn's Air Service<br>102 North Main Street<br>Reeseville, WI 53579-9513 | (p)MINNESOTA POWER<br>ATTN BANKRUPTCY<br>30 W SUPERIOR ST<br>DULUTH MN 55802-2093 | Monona Plumbing and Fire Protection, Inc<br>3126 Watfird Way<br>Madison, WI 53713-3251 |
| Munadel Rizek<br>7924 Keystone Road<br>Orland Park, IL 60462-5166 | National Grid<br>ATTN: Bankruptcy<br>PO Box 371376<br>Pittsburgh, PA 15250-7376 | OSI Environmental Inc.<br>300 Fayal Road<br>Eveleth, MN 55734-1516 |
| (p)PATRIOT CAPITAL CORPORATION<br>3565 PIEDMONT RD NE<br>BUILDING 1 SUITE 430<br>ATLANTA GA 30305-8218 | Pentair Commercial Services LLC<br>PO Box 7410471<br>Chicago, IL 60674-0471 | Pepsi Beverages Co.<br>2541 West 20th Avenue<br>Oshkosh, WI 54904-8315 |
| Pestop Hay Creek Lawn & Power<br>2040 Neal Street<br>Red Wing, MN 55066-4234 | Plunkett Cooney, P.C.<br>221 N. LaSalle St.<br>Suite 3500<br>Chicago, IL 60601-1510 | Premium Quality LIghting<br>2285 Ward Avenue<br>Simi Valley, CA 93065-1863 |
| Priority Heating & Cooling, Inc.<br>635 Hayward Avenue North<br>Oakdale, MN 55128-7152 | Red Bull Distrtibution Company<br>PO Box 204750<br>Dallas, TX 75320-4750 | Rumke<br>10795 Hughes Road<br>Cincinnati, OH 45251-4598 |
| S&F Excavating & Construction<br>887 Highway 46<br>Amery, WI 54001-5363 | Samson Funding<br>17 State Street<br>Suite 630<br>New York, NJ 10004-1749 | Samson Funding<br>17 State Street<br>Suite 630<br>New York, NY 10004-1749 |
| Sheppard Mullin Richter & Hampton LLP<br>321 N. Clark St., 32nd Floor<br>Chicago, IL 60654-4714 | SoFi<br>Attn: Bankruptcy<br>2750 East Cottonwood Parkway, Ste. 300<br>Salt Lake City, UT 84121-7285 | South Dakota Department of Revenue<br>445 East Capital Avenue<br>Pierre, SD 57501-3100 |
| Southern Ohio Door Controls<br>PO Box 331<br>Miamitown, OH 45041-0331 | Sysco Corporation<br>1390 Enclave Parkway<br>Houston, TX 77077-2099 | Taft Stettinius & Hollister LLP<br>c/o Kimberly Ross Clayson,<br>111 East Wacker Dr Ste. 2600<br>Chicago, IL 60601-4208 |
| The Huntington National Bank<br>17 S. High Street<br>Columbus, Ohio 43215-3413 | The Huntington National Bank<br>17 South High Street<br>Columbus, OH 43215-3413 | The Huntington National Bank<br>Attn: Bankruptcy<br>17 S. High St.<br>Columbus, OH 43215-3413 |

| | | |
|---|---|---|
| The Huntington National Bank<br>c/o Kimberly Ross Clayson<br>Taft Stettinius & Hollister LLP<br>27777 Franklin Road, Suite 2500<br>Southfield, MI 48034-8222 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | U.S. Small Business Administration<br>409 3rd Street SW<br>Washington, DC 20416-0002 | Volkswagon Credit<br>P.O. Box 5215<br>Carol Stream, IL 60197-5215 |
| We Energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046 | Wisconsin Department of Revenue<br>2135 Rimrock Road<br>Madison, WI 53713-1443 | (p)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| Ariane Holtschlag, trustee<br>FactorLaw<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602-4602 | David R Herzog<br>Law Offices of David R Herzog<br>53 W Jackson Blvd<br>Ste 1442<br>Chicago, IL 60604-3536 | Magdalena Jalcovik<br>Goldstine Skrodzki (Brian M. Dougherty)<br>Goldstine, Skrodzki, Russian, Nemec and<br>835 McClintock Drive, Second Floor<br>Burr Ridge, IL 60527-0860 |
| Mark Jalcovik<br>Goldstine Skrodzki (Brian M. Dougherty)<br>835 McClintock Dr<br>Second Floor<br>Burr Ridge, IL 60527-0859 | Muwafak S Rizek<br>7924 Keystone Rd<br>Orland Park, IL 60462-5166 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | Chapter 7 |
|---|---|
| **Muwafak Rizek,** | Bankruptcy No. 22-06821 |
| Debtor. | Honorable David D. Cleary |

**TRUSTEE'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING SALE OF 286 & 290 OLIVER STREET,
NORTH TONAWANDA, NEW YORK, FREE AND
CLEAR OF LIENS AND INTERESTS**

Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 363(f) of the Federal Rules of Bankruptcy Procedure, Ariane Holtschlag, not individually, but as the chapter 7 Trustee for the estate of Muwafak Rizek, respectfully requests that this Court enter an order, substantially in the form of the order submitted herewith, authorizing her to sell of the estate's interest in real property at 286 & 290 Oliver Street, North Tonawanda, New York, 14120 (the "*Oliver Street Property*").

The trustee seeks to consummate the purchase and sale contract annexed to this Motion as Exhibit A, and to sell the Oliver Street Property for $230,000.00. Such interest will be free and clear of liens and interests, with liens to attach to the sale proceeds.

<u>The proposed sale will be in as-is, where-is condition, and this Motion seeks to extinguish the interests of any tenants who may reside in the Oliver Street Property.</u>

—3—

## Jurisdiction

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned chapter 7 case (the "*Case*") and of this Motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

## Background

3. The Debtor commenced the Case by filing a petition for relief under chapter 7 of the United States Bankruptcy Code (11 U.S.C. §§ 101, *et. seq.*, the "*Bankruptcy Code*") on May 24, 2023 (the "*Petition Date*").

4. At that time, the Trustee was appointed trustee of the Debtor's estate; she now serves as permanent trustee and is charged with the duties of a trustee under, *inter alia*, 11 U.S.C. § 704.

5. At the time the case was filed, the Debtor scheduled one piece of real estate, the Oliver Street Property. The Debtor's schedules have been amended from time to time, but the most recent amendment, filed on June 28, 2023, avers that Oliver Street is a single-family home, an investment property, and that the value of the entire property is $110,000.00. (See dkt. 33 in this case.)

6. The Debtor's schedule G, which has never been amended, indicates that the Debtor has no executory contracts or unexpired leases. (See dkt. 12 in this case.)

—4—

7. The Oliver Street Property appears to house an escape room enterprise, and three residential units. It appears that all three residential units are occupied. The Debtor has never provided any leases, nor amended his schedules to disclose them, nor paid to the trustee all rents received since the petition date.

8. No secured claim has been filed asserting a security interest in the Oliver Street Property. However, based on the Debtor's schedule D, the Trustee believes that JPMorgan Chase Bank, N.A., holds a perfected security interest of about $78,862.00. (See dkt. 26 in this case.)

9. The Trustee's sale of the Property, for $230,000.00, should be authorized. (Exhibit A lists a price of $225,000.00; the buyer has since offered $230,000.00.)

## Relief Requested

**A.    Sections 363(b) and (f) authorize the Trustee to sell estate property free and clear of liens and other interests.**

10. The Trustee respectfully requests that the Court enter an order in the form of that appended hereto authorizing her to sell the Oliver Street Property to Michael Gersitz for $230,000.00, with liens to attach to proceeds of sale.

11. Section 363(b) of the Bankruptcy Code provides in pertinent part that a "trustee may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b). Furthermore, § 363(f) of the Bankruptcy Code provides for the sale of property under § 363(b) free and clear of any interest in such property, under certain conditions. 11 U.S.C. § 363(f).

12. A sale of estate assets should be authorized pursuant to § 363(b)(1) of the Bankruptcy Code if a sound purpose exists for doing so. *See e.g., In re Schipper*, 933 F. 2d 513, 515 (7th Cir. 1991); *Stephens Indus., Inc. v. McClung*, 789 F.2d 386, 390 (6th Cir. 1986); *In re Lionel Corp.*, 722 F.2d 1063, 1070 (2d Cir. 1983).

13. Courts consider several factors to determine whether a proposed sale is an exercise of sound judgment: (a) whether a sound reason exists for the proposed sale; (b) whether fair and reasonable consideration is provided; (c) whether the sale has been proposed and negotiated in good faith; and (d) whether adequate and reasonable notice is provided. *In re Eng'g Prods. Co.*, 121 B.R. 246, 247–49 (Bankr. E.D. Wis. 1990).

14. The process for procuring a buyer was fair, non-collusive and in accordance with standard and customary sale processes, including those approved by the Court. The Trustee's realtor, Howard Saperston, listed the property, conducted showings and obtained offers for the property.

15. The purchase price of $230,000.00 provides the bankruptcy estate with more than sufficient proceeds to pay secured creditors the value of their interest in the property. The interest of Chase is, as such, expected to be satisfied.

16. Further, the purchase price of $230,000.00 provides the bankruptcy estate with more than sufficient funds to pay Howard Saperston the 6% commission to which he is entitled pursuant to his engagement agreement with the Trustee.

4867-1899-8643, v. 2

**B.   The requirements for selling the Oliver Street Property free and clear of liens have been satisfied.**

17. The Trustee submits that the offer submitted by Gersitz is an offer that satisfies all applicable criteria necessary for approval by the Court. Thus, she should be authorized to consummate the sale.

18. Pursuant to 11 U.S.C. § 363(f), the trustee may sell property free and clear of any interest in such property other than the estate, only if (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest, (2) such entity consents, (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property, (4), such interest is in bona fide dispute, or (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest. Only one of these conditions need be met, but several of them are met here.

19. The proceeds from the sale of the property are such that they would exceed the aggregate value of all liens on the property.

20. The lienholder, furthermore, could be compelled to accept a monetary satisfaction of its interest.

**C.   The Oliver Street Property can be sold free and clear of any interests of any tenants in the property.**

21. As noted above, the Debtor did not schedule any leases with any entity. The Trustee is aware that an escape room operates on the property (the proposed buyer is its owner) and has been advised that there may be individuals residing in

—7—

the three apartments at the Oliver Street Property. The Trustee has served notice of this motion via first-class mail and certified mail to those units.

22. No tenants in the property have paid rent to the Trustee since the petition date, nor has the Debtor turned over rents he has received to the Trustee.

23. If any individuals have a possessory interest in some or all of the property, the proposed sale, pursuant to 11 U.S.C. § 363(f), can extinguish that interest, and the Trustee presently seeks to do so. The term "any interest" as used in § 363(f) is sufficiently broad to include the interest of a lessee. *Precision Industries, Inc. v. Qualitech Steel SBQ, LLC*, 327 F.3d 537, 545 (7th Cir. 2003). While lessees may be granted certain protections in certain circumstances, *see* 11 U.S.C. § 363(h), those interests do not supersede those of the trustee to sell free and clear of their interests under § 363(f), *id.* at 547, *see also In re Spanish Peaks Holdings II, LLC*, 872 F.3d 892 (9th Cir. 2017).

24. This is consonant, additionally, with caselaw in New York, where courts allow debtors-in-possession (and so, trustees) to sell property that is subject to a lease free and clear of that lease. *See, e.g., In re Downtown Athletic Club of New York City, Inc.*, 2000 WL 744126, at *4 (S.D.N.Y. 2000).

25. For the avoidance of doubt, the Trustee's proposed order provides that the interest of all tenants in the Oliver Street Property are extinguished by the Court's entry of that order.

26. This relief, additionally, is supported by 11 U.S.C. § 105(a), which provides that this Court may enter any order that is necessary or appropriate to carry out the provisions of the Bankruptcy Code.

## Waiver of Rule 6004 Stay

27. Federal Rule of Bankruptcy Procedure 6004 provides that an order authorizing the sale of estate property is not effective until 14 days after entry, except to the extent a court orders otherwise. The Trustee requests that the order authorizing the sale of the Oliver Street Property contain language waiving this 14-day stay and enabling her to expeditiously close on the sale of the Property. Such relief is customary and warranted here in light of the need to effectuate a prompt closing subsequent to the entry of an order approving the sale.

## Other Order Provisions

28. Consistent with the order authorizing her to employ Howard Saperston, and such other professional as may be employed with order of this Court prior to the closing of the sale (a New York real estate lawyer to represent the Trustee at the closing), the Trustee requests that this Court authorize her to pay all reasonable and necessary fees, commissions, and reimbursement of expenses to professionals who have assisted her with the closing of the property.

WHEREFORE, Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Muwafak Rizek, respectfully requests that the Court enter an order (a) approving the sale of the Oliver Street property for $230,000.00, (b) authorizing her to enter into the sale contract, or a substantially similar document,

—9—

4867-1899-8643, v. 2

annexed to this motion, (c) specifically providing that all leases granting possession of the Oliver Street property are terminated by this Court, (d) authorizing her to pay reasonable fees, commissions, and expenses attendant to the sale, (e) finding that the 14-day stay of Rule 6004(b) is waived and inapplicable, and (f) providing such further relief as this Court may deem appropriate under the circumstances.

Dated: December 27, 2023

**Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Muwafak Rizek,**

By: */s/ Justin R. Storer*
One of Her Attorneys

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (312) 373-7226
Fax:    (847) 574-8233
Email:  jstorer@wfactorlaw.com

—10—