UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 23-06821
Muwafak Rizek  )
  )  Chapter: 7
  )  Honorable David D. Cleary
  )
Debtor(s)  )

**ORDER GRANTING MOTION FOR AUTHORITY TO SELL 286 & 290 OLIVER STREET, NORTH TONAWANDA, NEW YORK, FREE AND CLEAR OF LIENS AND INTERESTS**

This matter, coming to be heard on the motion of Ariane Holtschlag, not individually, but as the chapter 7 Trustee for the estate of Muwafak Rizek (the "Trustee"), this Court having jurisdiction and due notice being given all parties entitled thereto:

1. The Motion is granted as provided herein.
2. The Trustee is authorized to sell, pursuant to 11 U.S.C. 363(b) and (f), the estate's right, title, and interest, in 286 & 290 Oliver Street, North Tonawanda, New York, 14120 (the "Property"), to Michael Gersitz, for a gross sales price of $230,000.00, with liens on the property to attach to the proceeds of the sale.
3. The first mortgage held by JPMorgan Chase Bank, National Association shall be paid off in full according to a payoff statement obtained at the time of closing.
4. If the sale of the property does not occur within sixty days of the entry of this order the order will become null and void.
5. The Trustee is authorized to take all steps necessary to effectuate the sale of the Property, including entering into a real estate sales contract and related riders in substantially similar form to those appended to the Motion, and to grant a quitclaim deed for the Property.
6. Any interest, including a possessory interest, of any tenant or lessee, in the Property, or a unit, apartment, or other subdivision thereof, are terminated.
7. The Trustee is authorized to pay, from the proceeds of sale, reasonable fees, commissions, and costs attendant to the sale without further order of this Court.
8. The 14-day stay provided for by Federal Rule of Bankruptcy Procedure 6004 is inapplicable to this order.

Enter: *[signature: David D. Cleary]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  January 17, 2024

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602