**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Muwafak Rizek**, | Bankruptcy No. 23-06821 |
| Debtor. | Honorable David D. Cleary |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 31, 2024, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in Courtroom 644 of the Everett McKinley Dirksen Courthouse, 219 S. Dearborn, Chicago, IL 60604, or electronically as described below, and present the **Trustee's Motion to Employ Special Counsel Retroactive to January 22, 2024**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and other information can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: January 24, 2024 **Ariane Holtschlag, not individually but as chapter 7 trustee for the bankruptcy estate of Muwafak Rizek,**

By: */s/ Justin Storer*
One of Her Attorneys

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:      (312) 373-7226
Fax:     (847) 574-8233
Email:  jstorer@wfactorlaw.com

4895-7351-7472, v. 1

## Certificate of Service

      I, Justin R. Storer, an attorney, hereby certify that on January 24, 2024, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List and by US Mail on all persons identified as Non-Registrants on the attached Service List.

                                                                   */s/ Justin R. Storer*

## Service List

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| **Kimberly Ross Clayson** | kclayson@taftlaw.com; ttorni@taftlaw.com; det_docket_assist@taftlaw.com |
| **Jillian S Cole** | jcole@taftlaw.com; wserritella@taftlaw.com; chi_docket_assist@taftlaw.com; lsterling@taftlaw.com |
| **Brian M. Dougherty** | bmd@gsrnh.com, kam@gsrnh.com |
| **Jeffrey L. Gansberg** | jeffrey.l.gansberg@usdoj.gov |
| **Gordon E. Gouveia** | ggouveia@foxrothschild.com; tmassey@foxrothschild.com |
| **Miriam Stein Granek** | mgranek@gutnicki.com; docket@gutnicki.com; 1694884420@filings.docketbird.com |
| **David R Herzog** | drh@dherzoglaw.com; dherzoglaw@gmail.com |
| **Matthew Robert Higgins** | mhiggins@foxrothschild.com; tmassey@foxrothschild.com |
| **Ariane Holtschlag, trustee** | aholtschlag@wfactorlaw.com; aholtschlag@ecf.axosfs.com; bkadmin@axosfs.com; ariane.holtschlag@gmail.com |
| **William K Kane** | wkane@sheppardmullin.com; bcastillo@sheppardmullin.com; 7626598420@filings.docketbird.com; mpatalano@sheppardmullin.com |
| **Cari A Kauffman** | ckauffman@sormanfrankel.com; dfrankel@sormanfrankel.com |
| **Patrick S Layng** | USTPRegion11.ES.ECF@usdoj.gov |

| | |
|---|---|
| **Robert Bernardo McLellarn** | rmclellarn@sheppardmullin.com |
| **John Reding** | john.reding@ilag.gov |
| **Jennifer M Rinn** | Jennifer@rinnrichmanlaw.com; IL.ECF@AISINFO.COM |
| **Daniel Scheeringa** | dscheeringa@gutnicki.com |
| **Justin R. Storer** | jstorer@wfactorlaw.com; bsass@wfactorlaw.com; jstorer@ecf.courtdrive.com |

**Non-registrants in the Case**
(Service via first-class mail)

**Muwafak Rizek**
7924 Keystone Road
Orland Park, IL 60462

—2—

4895-7351-7472, v. 1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Muwafak Rizek,** | Bankruptcy No. 22-06821 |
| Debtor. | Honorable David D. Cleary |

## TRUSTEE'S MOTION TO EMPLOY SPECIAL COUNSEL RETROACTIVE TO JANUARY 22, 2024

Ariane Holtschlag, not individually, but solely in her capacity as the case trustee (the "***Trustee***") for the bankruptcy estate (the "***Estate***") of Muwafak Rizek (the "***Debtor***"), respectfully requests authority to retain special counsel pursuant to 11 U.S.C §§ 105(a), 327(e), 328(a) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, and in support of the requested relief states as follows:

### Jurisdiction

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this motion is proper in this Judicial District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(1) and (b)(2)(A) and (O).

### Background

3. On May 24, 2023 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "***Bankruptcy Code***"), thereby initiating the Case.

4. Ariane Holtschlag was thereafter appointed as the Case trustee.

—3—

5.    The original meeting of creditors pursuant to § 341 of the Bankruptcy Code was held on June 27, 2023, and the Trustee filed an initial report of assets on the same day.

6.    Warren Gelman and Hodgson Russ LLP (collectively, "**Proposed Special Counsel**") are experienced and able to assist the trustee with the sale of property located at 286 & 290 Oliver St., North Tonawanda, New York.

7.    Accordingly, the Trustee now seeks authority to retroactively employ Proposed Special Counsel on behalf of the Estate to pursue the Claims and finalize the proposed settlement by separate motion to this Court.

## DISCUSSION

### I.    Representation.

8.    Section 327(e) of the Bankruptcy Code provides that the Trustee may, subject to court approval, employ an attorney that has represented the debtor, for a "special purpose," when it is in the best interests of the Estate.

9.    In this case, the Trustee seeks authority to retroactively retain the Proposed Special Counsel. See the Employment Agreement attached as **Exhibit 1**. Proposed Special Counsel will also seek approval of costs and expenses specific to the sale of the Debtor's property.

10.    The Trustee believes that the Proposed Special Counsel's representation is beneficial to the Estate, as Proposed Special Counsel have particular expertise with sales in New York.

11.    The Trustee believes retention of the Proposed Special Counsel is in the best interest of the Estate and its economical administration.

12.    Neither the Trustee nor her regular counsel are experienced in New York. However, the Trustee believes that the Proposed Special Counsel has particular expertise with regard to the sale of property in New York.

13.    Therefore, the Trustee respectfully requests authority to retain the Proposed Special Counsel retroactive to January 22, 2024.

## II. Compensation.

14. Proposed Special Counsel agreed to represent the Estate on the described in **Exhibit 1**.

15. Proposed Special Counsel understands that any and all compensation for legal services rendered on behalf of the Estate are subject to Court approval.

16. Warren Gelman and his firm are disinterested, and his declaration, to that effect and in support of this motion, is attached as **Exhibit 2**.

## NOTICE

17. No less than 7 days' notice of this motion was provided to: (a) the Debtor; (b) Debtor's counsel; (iii) the US Trustee, and (iv) all other parties requesting notice and/or receiving notice through the CM/ECF system.

WHEREFORE, Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Muwafak Rizek, respectfully requests authority to retain the Proposed Special Counsel as special counsel for the Estate to assist with the sale of property at 286 & 290 Oliver St., North Tonawanda, New York, retroactive to January 22, 2024, under the terms contained in this motion.

Dated: January 24, 2024

**Ariane Holtschlag, not individually but as the chapter 7 Trustee for the estate of Muwafak Rizek,**

By: */s/ Justin R. Storer*
One of Her Attorneys

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:   (312) 373-7226
Fax:   (847) 574-8233
Email:  jstorer@wfactorlaw.com

4895-7351-7472, v. 1