# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Muwafak S Rizek | § | Case No. 23-06821 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/24/2023.   The undersigned trustee was appointed on 05/24/2023.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $      258,816.32

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 94,175.24 |
| Bank service fees | 1,478.02 |
| Other payments to creditors | 109,849.93 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 53,313.13 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 09/28/2023 and the deadline for filing governmental claims was 11/20/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,190.82.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $16,190.82, for a total compensation of $16,190.82[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $243.84, for total expenses of $243.84[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2026                    By: /s/Ariane Holtschlag, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-06821 | DDC | Judge: | David D. Cleary | Trustee Name: | Ariane Holtschlag, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Muwafak S Rizek | | | | Date Filed (f) or Converted (c): | 05/24/2023 (f) |
| | | | | | 341(a) Meeting Date: | 06/27/2023 |
| For Period Ending: | 04/16/2026 | | | | Claims Bar Date: | 09/28/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  290 Oliver St North Tonawanda NY 14304  Niagara County   NY RE atty used an untimely payoff letter for closing and went out of pocket in the total amount of $8,800.64 to just get the payoff done. They would like it if we repaid that to them. (Report of Sale being held until issue resolved) | 110,000.00 | 0.00 | | 231,069.95 | FA |
| 2.  Ordinary Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 3.  Cell phone Iphone 13 Pro | 50.00 | 0.00 | | 0.00 | FA |
| 4.  Ordinary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5.  Cash | 20.00 | 0.00 | | 0.00 | FA |
| 6.  Checking account: Citibank | 450.00 | 0.00 | | 0.00 | FA |
| 7.  Robin Hood Stock Investment | 13,500.00 | 5,000.00 | | 18,746.37 | FA |
| 8.  Kenan Investments MO, Inc | 0.00 | 1.00 | | 0.00 | FA |
| 9.  IYS Ventures, LLC   Ch. 11 bk filed 05/23/23, case no. 23-06782 | 0.00 | 1.00 | | 0.00 | FA |
| 10.  I Mart Stores, LLC   Ch. 7 bk filed 08/17/23, case no. 23-10785 | 0.00 | 1.00 | | 0.00 | FA |
| 11.  NANO Bagel, Inc | 0.00 | 1.00 | | 0.00 | FA |
| 12.  Rizek Holdings, Inc | 0.00 | 1.00 | | 0.00 | FA |
| 13.  Kenan Enterprises, Inc | 0.00 | 1.00 | | 0.00 | FA |
| 14.  Leanne Holdings, LLC   6/19/23: Originally unscheduled; added by amendment at dkt. no. 26. | 0.00 | 1.00 | | 0.00 | FA |
| 15.  IYS Ventures, LLC Loan to Shareholders   06/28/23: Originally unscheduled; added by amendment at dkt. no. 33. IYS Ventures, LLC in Ch. 11 bk, case no. 23-06782 | 1,462,316.00 | 1.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**Page:** **2**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-06821 | DDC | Judge: | David D. Cleary | Trustee Name: | Ariane Holtschlag, Trustee |
|---|---|---|---|---|---|---|

Case Name:   Muwafak S Rizek

Date Filed (f) or Converted (c):   05/24/2023 (f)

341(a) Meeting Date:   06/27/2023

For Period Ending:   04/16/2026

Claims Bar Date:   09/28/2023

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16.  Earnest Money re 8714 Graystone Court in Frankfort, IL. (u)  See Mtn to Approve Settlement at Dkt. No. 67. | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 17.  2023 BMW X7 5UX33EM04P9RM22559 (u)  See Mtn for Relief from Stay at Dkt. No. 37 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,587,036.00 | $14,008.00 | | $258,816.32 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

12/30/25: Tax payments cleared.

11/19/25: Hearing on motion to pay taxes.

10/02/25: Tax returns drafted, need authority to pay.

10/01/25: Hrg on mtn to authorize payment of Hodgeson Russ.

09/29/25: Correspond with K. Lytle regarding add'l docs for tax return.

09/15/25: Fup with K. Lytle regarding ETA for tax return drafts for review.

08/22/25: Docs for tax returns sent to Wesler; Need retro order authorizing payment to Hodgeson Russ (retro - was already pd at closing); then prepare/submit final fee apps and TFR.

08/20/25: Report of Sale filed. See Dkt. No. 122.

08/04/25: potential insurance payment that might have been made to Rizek directly – J. Storer recommends taking no action on this as if made would have been de minimus.

07/30/25: Order entered authorizing reimbursement of Warren Gelman related to RE closing. See Dkt. No. 118.

05/15/25: Robinhood funds rec'd.

05/12/25: J. Storer recommends taking no action on rents - approx. $8,700 rec'd post-petition and D claims to have used those funds on building expenses.

09/30/24: Outstanding issues:

(a) the Robinhood money, which, contra David Herzog's assertions, has never been turned over,

(b) rents received by Rizek postpetition, prior to the sale of the NY property,

(c) whether Rizek got a refund from on an insurance premium after the sale of the North Tonawanda real estate, and

(d) NY RE atty used an untimely payoff letter for closing and went out of pocket in the total amount of $8,800.64 to just get the payoff done. They would like it if we repaid that to them. (Report of Sale being held until issue resolved)

09/25/24: Order entered authorizing 2004 exams.

02/14/24: Order entered employ RE atty.

01/17/24: Order entered authorizing sale of RE.

11/15/23: Order entered approving settlement re earnest money.

10/16/23: Mtn to Approve Settlement filed at Dkt. No. 67. Hrg 11/01/23.

11/1/23: Order entered employing realtor.

08/16/23: Order entered employing Factorlaw. See Dkt. No. 44.

07/12/23: No objections to exemptions needed.

06/27/23: 341 meeting. Asset report filed. POC deadline 09/28/23, Gov't POC deadline 11/20/23. Assets of interest:

06/23/23: Meetings with each active creditor in IYS creditor regarding strategies for maximizing value and replacement of Manager/appointment of Trustee.

06/22/23: Attend IYS 341 meeting.

06/21/23: Analysis regarding estate succeeding to membership vs. economic interest in LLC - could potentially vote out LLC Manager and appoint own Manager to control ch. 11. If so, Manager would face potential liability for any wrongdoing of IYS, and how to pay?

06/08/23: Debtor (allegedly) directly owns 99% of IYS Ventures, LLC, remaining 1% owed by I Mart Stores, LLC which is owned by Debtor. IYS Ventures, LLC in ch. 11 bankruptcy case, 23-06782.


Initial Projected Date of Final Report (TFR):              Current Projected Date of Final Report (TFR): 12/31/2025

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 23-06821 | Trustee Name: Ariane Holtschlag, Trustee | |
| Case Name: Muwafak S Rizek | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0178 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8145 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/16/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/23 | 16 | @properties<br>212 E Ohio St., Suite 200<br>Chicago, IL 60611 | Escrow settlement. See order at Dkt. No. 71. | 1229-000 | $9,000.00 | | $9,000.00 |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.94 | $8,990.06 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.29 | $8,980.77 |
| 03/27/24 | 1001 | International Sureties Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | 2024-2025 Blanket Bond Premium - Bond #612419627 | 2300-000 | | $8.99 | $8,971.78 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $9.92 | $8,961.86 |
| 04/04/24 | | Payne & Oliver LLC | Proceeds from sale of real estate. See Order Approving at Dkt. No. 81 | | $45,786.78 | | $54,748.64 |
| | | | Gross Receipts          $231,069.95 | | | | |
| | | Niagara County Clerk | Recording Fees          ($925.00) | 2500-000 | | | |
| | | Niagara County Treasurer | Town & County Tax Bill 2023          ($117.80) | 2500-000 | | | |
| | | Chase<br>P.O. Box 183222<br>Columbus, OH 43218-3222 | Mortgage Payoff          ($85,165.84) | 4110-000 | | | |
| | | Saperston Real Estate Corporation<br>18 Trinity Pl.<br>Buffalo, NY 14201 | Commission          ($13,800.00) | 3510-000 | | | |
| | | Ilecki Law, LLP | Judgment          ($24,684.09) | 4120-000 | | | |
| | | City of North Tonawanda | Water & Sanitation          ($55,790.31) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $54,786.78          $38.14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-06821

Case Name: Muwafak S Rizek

Taxpayer ID No: XX-XXX8145

For Period Ending: 04/16/2026

Trustee Name: Ariane Holtschlag, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0178

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Hodgson Russ LLP 140 Pearl Street, Suite 100 Buffalo, NY 14202 | Attorney Fee                    ($2,500.00) | 3210-000 | | | |
| | | Hodgson Russ LLP 140 Pearl Street, Suite 100 Buffalo, NY 14202 | Attorney Expenses              ($2,300.13) | 3220-000 | | | |
| | 1 | | 290 Oliver St North Tonawanda      $231,069.95 NY 14304  Niagara County | 1110-000 | | | |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.98 | $54,696.66 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.39 | $54,636.27 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.38 | $54,577.89 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.26 | $54,517.63 |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.19 | $54,457.44 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.19 | $54,399.25 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $60.06 | $54,339.19 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.06 | $54,281.13 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.93 | $54,221.20 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.87 | $54,161.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:                                                                    $0.00          $587.31

Case 23-06821   Doc 143   Filed 04/16/26   Entered 04/16/26 16:46:52   Desc Main
Document   Page 8 of 18

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 23-06821 | Trustee Name: Ariane Holtschlag, Trustee |
| Case Name: Muwafak S Rizek | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0178 |
| | Checking |
| Taxpayer ID No: XX-XXX8145 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2026 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $54.02 | $54,107.31 |
| 03/03/25 | 1002 | International Sureties Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | 2025-2026 Blanket Bond Premium - Bond #612419627 | 2300-000 | | $44.13 | $54,063.18 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.71 | $54,003.47 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.70 | $53,945.77 |
| 05/15/25 | 7 | MUWAFAK RIZEK 6810 WINSTON DRTINLEY PARKILLINO IS60477US | Wire Transfer Credit MUWAFAK RIZEK CASE #23-06821 | 1129-000 | $18,746.37 | | $72,692.14 |
| 06/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.91 | $72,621.23 |
| 07/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.60 | $72,543.63 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $80.10 | $72,463.53 |
| 08/04/25 | 1003 | Hodgson Russ LLP 140 Pearl Street, Suite 100 Buffalo, NY 14202 | | 3220-000 | | $8,800.64 | $63,662.89 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.05 | $63,588.84 |
| 10/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.95 | $63,520.89 |
| 11/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.13 | $63,450.76 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $18,746.37          $9,456.94

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-06821

Case Name: Muwafak S Rizek

Taxpayer ID No: XX-XXX8145

For Period Ending: 04/16/2026

Trustee Name: Ariane Holtschlag, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0178

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.80 | $63,382.96 |
| 12/08/25 | 1004 | United States Treasury c/o Internal Revenue Service Center Kansas City, null 64999-0206 | Muwafak Rizek - Bankruptcy Estate 2024 1041 xx-xxx8145 | 2810-000 | | $5,139.00 | $58,243.96 |
| 12/08/25 | 1005 | New York State Income Tax STATE PROCESSING CENTER PO BOX 15555 Albany, NY 12212-5555 | Muwafak Rizek - Bankruptcy Estate 2024 IT-205 xx-xxx8145 | 2820-000 | | $4,705.00 | $53,538.96 |
| 01/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.28 | $53,469.68 |
| 02/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.04 | $53,410.64 |
| 03/02/26 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.27 | $53,357.37 |
| 03/09/26 | 1006 | International Sureties Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | A. Holtschlag 02/01/26 - 02/01/27 Bond # 612419627 | 2300-000 | | $44.24 | $53,313.13 |

| | | |
|---|---|---|
| COLUMN TOTALS | $73,533.15 | $20,220.02 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $73,533.15 | $20,220.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $73,533.15 | $20,220.02 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Page Subtotals:                          $0.00        $10,137.63

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0178 - Checking | $73,533.15 | $20,220.02 | $53,313.13 |
| | $73,533.15 | $20,220.02 | $53,313.13 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $185,283.17 |
| Total Net Deposits: | $73,533.15 |
| Total Gross Receipts: | $258,816.32 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*  Page Subtotals:  $0.00  $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 23-06821                                                                                              Date: April 16, 2026

Debtor Name: Muwafak S Rizek

Claims Bar Date: 9/28/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Ariane Holtschlag, Trustee 1245 S MICHIGAN #115 CHICAGO, IL 60605 | Administrative | | $0.00 | $16,190.82 | $16,190.82 |
| 100 2200 | Ariane Holtschlag, Trustee 1245 S MICHIGAN #115 CHICAGO, IL 60605 | Administrative | | $0.00 | $243.84 | $243.84 |
| 100 3210 | Hodgson Russ LLP 140 Pearl Street, Suite 100 Buffalo, NY 14202 | Administrative | 10/01/25: Order entered allowing and approving payment of $2,500.00 in fees. See Dkt. No. 127. | $0.00 | $2,500.00 | $2,500.00 |
| 100 3210 | Law Offices of William Factor, Ltd. 105 West Madison Street Suite 2300 Chicago, IL 60602 | Administrative | | $0.00 | $32,887.18 | $32,887.18 |
| 100 3220 | Hodgson Russ LLP 140 Pearl Street, Suite 100 Buffalo, NY 14202 | Administrative | 07/30/25: Order entered approving reimbursement of funds advanced by attorney to Chase due to improper payoff letter from Chase being used at closing. See Dkt. No. 118. 10/01/25: Order entered allowing and approving payment of $2,300.13 in expenses. See Dkt. No. 127. | $0.00 | $11,100.77 | $11,100.77 |
| 100 3220 | Law Offices of William Factor, Ltd. 105 West Madison Street Suite 2300 Chicago, IL 60602 | Administrative | | $0.00 | $1,231.00 | $1,231.01 |
| 100 3410 | Wesler & Associates CPA PC PO Box 19016 Kalamazoo, MI 49019 | Administrative | | $0.00 | $2,452.50 | $2,452.50 |
| 100 3510 | Saperston Real Estate Corporation 18 Trinity Pl. Buffalo, NY 14201 | Administrative | | $0.00 | $13,800.00 | $13,800.00 |

Printed: April 16, 2026

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 23-06821                                                                 Date: April 16, 2026
Debtor Name: Muwafak S Rizek
Claims Bar Date: 9/28/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3991 | Wesler & Associates CPA PC PO Box 19016 Kalamazoo, MI 49019 | Administrative | | $0.00 | $307.78 | $307.78 |
| 9P 280 5800 | Internal Revenue Service Centralized Insolvency Opeartion P.O. Box 7346 Philadelphia, Pa 19101-7346 | Priority | | $120,000.00 | $122,172.63 | $122,172.63 |
| 17 280 5800 | Illinois Lottery C/O Illinois Attorney General 100 W. Randolph St, Suite 13-225 Chicago, Il 60601 | Priority | | $0.00 | $25,648.30 | $25,648.30 |
| 18P 280 5800 | Wisconsin Department Of Revenue 2135 Rimrock Road Madison, Wi 53713 | Priority | | $0.00 | $78,971.33 | $78,971.33 |
| 9U 280 7100 | Internal Revenue Service Centralized Insolvency Opeartion P.O. Box 7346 Philadelphia, Pa 19101-7346 | Unsecured | | $0.00 | $10,390.86 | $10,390.86 |
| 1 300 7100 | Discover Bank P.O. Box 3025 New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $5,997.78 | $5,997.78 |
| 2 300 7100 | Citibank, N.A. 5800 S Corporate Pl Sioux Falls, Sd 57108-5027 | Unsecured | | $10,010.00 | $11,712.70 | $11,712.70 |
| 3 300 7100 | Citibank, N.A. 5800 S Corporate Pl Sioux Falls, Sd 57108-5027 | Unsecured | | $17,606.00 | $20,565.07 | $20,565.07 |
| 4 300 7100 | Keybank N.A. 4910 Tiedeman Road Brooklyn, Oh 44144 | Unsecured | | $0.00 | $3,756.46 | $3,756.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 23-06821                                                                                    Date: April 16, 2026
Debtor Name: Muwafak S Rizek
Claims Bar Date: 9/28/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | American Express National Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $472,643.00 | $472,643.04 | $472,643.04 |
| 6 300 7100 | Mark Jalcovik And Maggie Jalcovik Goldstine Skrodzki (Bmd) 835 Mcclintock Drive Second Floor Burr Ridge Il 60527 | Unsecured | | $0.00 | $47,295.25 | $47,295.25 |
| 7 300 7100 | Jpmorgan Chase Bank, N.A. S/B/M/T Chase Bank Usa, N.A. C/O Robertson, Anschutz, Schneid, Crane & Partners, Pllc 6409 Congress Avenue, Suite 100 Boca Raton, Fl 33487 | Unsecured | | $13,445.00 | $13,445.35 | $13,445.35 |
| 8 300 7100 | U.S. Bank National Association Bankruptcy Department Po Box 108 Saint Louis Mo 63166-0108 | Unsecured | | $0.00 | $20,175.99 | $20,175.99 |
| 10 300 7100 | The Huntington National Bank C/O Kimberly Ross Clayson Taft Stettinius & Hollister Llp 27777 Franklin Road, Suite 2500 Southfield, Mi 48034 | Unsecured | | $0.00 | $5,640,225.03 | $5,640,225.03 |
| 11 300 7100 | The Huntington National Bank C/O Kimberly Ross Clayson Taft Stettinius & Hollister Llp 27777 Franklin Road, Suite 2500 Southfield, Mi 48034 | Unsecured | | $202,038.49 | $373,711.42 | $373,711.42 |
| 12 300 7100 | Eby-Brown Company, Llc 1415 W. Diehl Rd., 300N Naperville, Il 60503 | Unsecured | | $6,000,000.00 | $7,117,731.00 | $7,117,731.00 |
| 14 300 7100 | Bmw Bank Of North America C/O Ais Portfolio Servic 4515 N. Santa Fe Ave. Dept. Aps Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $36,296.84 | $36,296.84 |
| 15 300 7100 | U.S. Bank Na Dba Elan Financial Services Bankruptcy Department Po Box 108 Saint Louis Mo 63166-0108 | Unsecured | | $0.00 | $14,951.69 | $14,951.69 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 23-06821

Debtor Name: Muwafak S Rizek

Claims Bar Date: 9/28/2023

Date: April 16, 2026

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | Itria Ventures, Llc<br>C/O Gutnicki Llp<br>4711 Golf Road, Suite 200<br>Skokie, Il 60076 | Unsecured | | $931,762.00 | $899,286.90 | $899,286.90 |
| 18U<br>300<br>7100 | Wisconsin Department Of Revenue<br>2135 Rimrock Road<br>Madison, Wi 53713 | Unsecured | | $0.00 | $5,617.31 | $5,617.31 |
| 400<br>4110 | Chase<br>P.O. Box 183222<br>Columbus, OH 43218-3222 | Secured | At closing an outdated payoff statement was used reflecting only $85,165.84 but updated payoff required $93,966.48 to clear lien. Additional $8,800.64 was advanced by HodgsonRuss LLP to Chase and reimbursed to HodgsonRuss LLP by Estate. See Mtn detailing circumstances at Dkt. No. 113 and Order approving reimbursement at Dkt. No. 118. | $78,862.00 | $85,165.84 | $85,164.84 |
| 13<br>400<br>4210 | Bmw Bank Of North America<br>Bmw Bank Of North America C/O Ais Portfo<br>4515 N. Santa Fe Ave. Dept. Aps<br>Oklahoma City, Ok 73118 | Secured | | $158,504.07 | $158,330.65 | $0.00 |
| | Case Totals | | | $8,004,870.56 | $15,244,805.33 | $15,086,473.69 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: April 16, 2026

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 23-06821
Case Name: Muwafak S Rizek
Trustee Name: Ariane Holtschlag, Trustee

Balance on hand $ 53,313.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Chase | $ 85,165.84 | $ 85,164.84 | $ 85,165.84 | $ 0.00 |
| 13 | Bmw Bank Of North America | $ 158,330.65 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 53,313.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Ariane Holtschlag, Trustee | $ 16,190.82 | $ 0.00 | $ 16,190.82 |
| Trustee Expenses: Ariane Holtschlag, Trustee | $ 243.84 | $ 0.00 | $ 243.84 |
| Attorney for Trustee Fees: Hodgson Russ LLP | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| Attorney for Trustee Expenses: Hodgson Russ LLP | $ 11,100.77 | $ 11,100.77 | $ 0.00 |
| Accountant for Trustee Fees: Wesler & Associates CPA PC | $ 2,452.50 | $ 0.00 | $ 2,452.50 |
| Other: Law Offices of William Factor, Ltd. | $ 32,887.18 | $ 0.00 | $ 32,887.18 |
| Other: Law Offices of William Factor, Ltd. | $ 1,231.01 | $ 0.00 | $ 1,231.01 |
| Other: Saperston Real Estate Corporation | $ 13,800.00 | $ 13,800.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Wesler & Associates CPA PC | $ 307.78 | $ 0.00 | $ 307.78 |

Total to be paid for chapter 7 administrative expenses $ 53,313.13

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $226,792.26 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9P | Internal Revenue Service | $ 122,172.63 | $ 0.00 | $ 0.00 |
| 17 | Illinois Lottery | $ 25,648.30 | $ 0.00 | $ 0.00 |
| 18P | Wisconsin Department Of Revenue | $ 78,971.33 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,693,802.69 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Internal Revenue Service | $ 10,390.86 | $ 0.00 | $ 0.00 |
| 1 | Discover Bank | $ 5,997.78 | $ 0.00 | $ 0.00 |
| 2 | Citibank, N.A. | $ 11,712.70 | $ 0.00 | $ 0.00 |
| 3 | Citibank, N.A. | $ 20,565.07 | $ 0.00 | $ 0.00 |
| 4 | Keybank N.A. | $ 3,756.46 | $ 0.00 | $ 0.00 |
| 5 | American Express National Bank | $ 472,643.04 | $ 0.00 | $ 0.00 |
| 6 | Mark Jalcovik And Maggie Jalcovik | $ 47,295.25 | $ 0.00 | $ 0.00 |
| 7 | Jpmorgan Chase Bank, N.A. | $ 13,445.35 | $ 0.00 | $ 0.00 |
| 8 | U.S. Bank National Association | $ 20,175.99 | $ 0.00 | $ 0.00 |
| 10 | The Huntington National Bank | $ 5,640,225.03 | $ 0.00 | $ 0.00 |
| 11 | The Huntington National Bank | $ 373,711.42 | $ 0.00 | $ 0.00 |
| 12 | Eby-Brown Company, Llc | $ 7,117,731.00 | $ 0.00 | $ 0.00 |
| 14 | Bmw Bank Of North America C/O Ais Portfolio Servic | $ 36,296.84 | $ 0.00 | $ 0.00 |
| 15 | U.S. Bank Na Dba Elan Financial Services | $ 14,951.69 | $ 0.00 | $ 0.00 |
| 16 | Itria Ventures, Llc | $ 899,286.90 | $ 0.00 | $ 0.00 |
| 18U | Wisconsin Department Of Revenue | $ 5,617.31 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*